APPLIED MEDICAL RESOURCES CORPORATION, Plaintiff–Appellee,

v.

UNITED STATES SURGICAL CORPORATION, Defendant–Appellant.

No. 03–1030.

United States Court of Appeals, Federal Circuit.

DECIDED: Sept. 11, 2003.

Before NEWMAN, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and RADER, Circuit Judge.

**JUDGMENT**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36